# United States District Court
# District of Massachusetts

MATTHEW RAICHE,
    Plaintiff,

v.                            CIVIL ACTION NO. 2005-12081-RBC

JAMIE PIETROSKI,
JAMES COYNE,
THE CITY OF BOSTON,
    Defendants.

## JUDGMENT

COLLINGS, U.S.M.J.

This case came on for jury trial, the Honorable Robert B. Collings presiding. The jury having returned its verdict,

IT IS ORDERED AND ADJUDGED:

Judgment for the plaintiff Matthew Raiche as against the defendant Jamie Pietroski on Counts II, III and IV of the Amended Complaint in the amount of two thousand five hundred dollars ($2,500.00) with interest at a rate of twelve per cent (12%) per annum from August 15, 2005 in the amount of three thousand, eight hundred twenty-eight dollars and twenty-five cents ($3,828.25) for a total of six thousand three hundred twenty-eight dollars and twenty-five cents ($6,328.25).

Judgment for the defendant Jamie Pietroski on Count V of the Amended Complaint.

Judgment for the defendant James Coyne on all counts of the Amended Complaint.

Count I of the Amended Complaint against the City of Boston is dismissed with prejudice pursuant to the agreement of the plaintiff.

The plaintiff Matthew Raiche shall recover his costs as against the defendant Jamie Pietroski.

The plaintiff Matthew Raiche may seek an award of attorney's fees and additional costs as against the defendant Jamie Pietroski upon motion filed pursuant to Rule 54(d)(2), Fed. R. Civ. P.

The defendants James Coyne and the City of Boston shall recover their costs.

                                          SARAH ALLISON THORNTON
                                          Clerk of Court

                                          By: /s/ Kathleen Dolan
                                               Kathleen Dolan
                                               Deputy Clerk

Dated at Boston, Massachusetts
this 19th day of May, 2009.