# United States District Court
# District of Massachusetts

MATTHEW RAICHE,
    Plaintiff,

v.                                  CIVIL ACTION NO. 2005-12081-RBC[1]

JAMIE PIETROSKI,
JAMES COYNE, and
THE CITY OF BOSTON,
    Defendants.

## *JUDGMENT ON ATTORNEYS' FEES AND COSTS PURSUANT TO MASS. GEN. L. c. 12, § 11I*

COLLINGS, U.S.M.J.

    Reference is made to the Judgment (#83) entered in this case on May 19, 2009.

    Thereafter, the case came on before the Honorable Robert B. Collings, United States Magistrate Judge, for a determination of the amount of attorneys'

---

[1] With the parties' consent, this case was referred and reassigned to the undersigned for all purposes, including trial and the entry of judgment, pursuant to 28 U.S.C. §636(c).

fees and costs to be awarded to the plaintiff. In accordance with the Memorandum and Order, Etc., entered September 17, 2009,

IT IS ORDERED AND ADJUDGED:

> Judgment for the plaintiff as against the defendant, Jamie Pietroski, in the amount of forty-one thousand five hundred eighty dollars ($41,580.00) in attorneys' fees and two thousand seventy-nine dollars and thirty seven cents ($2,079.37) in costs.

                         SARAH ALLISON THORNTON
                         CLERK OF COURT

                         By: *Nancy L. Irwin*
                         Nancy L. Irwin,
                         Deputy Clerk

Dated at Boston, Massachusetts
this 17th day of September, 2009.